IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00437-REB-CBS

ACT FOR HEALTH, INC.,
d/b/a PROFESSIONAL CASE MANAGEMENT,
a Colorado corporation,

      Plaintiff,

v.

LINDA BRIDGMON, an individual,
ROGER HANDS, an individual, and
RACHEL STRAND, an individual,

      Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      IT IS HEREBY ORDERED that Defendants' Motion for Leave to Amend Answer and Counterclaim (*doc. no. 20)* is **GRANTED**.  As of the date of this order, the Clerk's office is instructed to accept for filing, the tendered "Amended Answer, Counterclaim, and Demand for Jury" (*doc no. 20-2*).

      IT IS FURTHER ORDERED that Plaintiff's Unopposed Motion for Leave to File First Amended Complaint (*doc. no. 22)* is **GRANTED**.  As of the date of this order, the Clerk's office is instructed to accept for filing, the tendered "First Amended Complaint" (*doc no. 22-2*).

**DATED:**     June 5, 2007