IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00437-REB-CBS

ACT FOR HEALTH, INC.,
d/b/a PROFESSIONAL CASE MANAGEMENT,
a Colorado corporation,

      Plaintiff,

v.

LINDA BRIDGMON, an individual,
ROGER HANDS, an individual, and
RACHEL STRAND, an individual,

      Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Withdraw Motion to Modify Scheduling Order (*doc. no. 37*) is **GRANTED**.

      IT IS FURTHER ORDERED that Plaintiff's Motion to Modify Scheduling Order (*doc. no. 29*) is **DENIED**, as withdrawn.

      IT IS FURTHER ORDERED that the motion hearing set for August 8, 2007, is **VACATED**.

**DATED:**    August 1, 2007