IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00447

COVERALL NORTH AMERICA, INC.,

    Plaintiff,

v.

ACADEMY SUITES, LLC,
GRACE HOLDINGS, LTD AND
GHOLAMRAZA RAHMANI-AZAR
 AKA BRUCE RAHMANI,

    Defendants.

---

**ORDER RE:  UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**

The Court, having reviewed Coverall North America, Inc.'s Unopposed Motion to Modify Scheduling Order (*doc. no. 17)*, the court file and being fully advised on the premises, finds and orders that the motion should be and is hereby GRANTED.  The scheduling order is modified as follows:

1. Rule 26(a)(2) disclosures shall be filed on or before **October 17, 2007**;

2. Defendants' rebuttal Rule 26(a)(2) disclosures shall be filed on or before **November 19, 2007**;

3. The deadline for the parties to file motions under F.R.E. 702 shall be extended to **December 19, 2007**;

4. The discovery completion date shall be extended to **December 19, 2007**; and

5. The dispositive motion deadline is extended to **December 19, 2007**.

All other deadlines contained in the Court's May 2, 2007 Scheduling Order shall remain in effect.

DATED at Denver, Colorado, this 28th day of August, 2007.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge