IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00437-REB-CBS

ACT FOR HEALTH, INC.,
d/b/a PROFESSIONAL CASE MANAGEMENT,
a Colorado corporation,

    Plaintiff,

v.

LINDA BRIDGMON, an individual,
ROGER HANDS, an individual, and
RACHEL STRAND, an individual,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Second Joint Motion to Modify Scheduling Order (*doc. no. 46)* is **GRANTED**. The scheduling order is modified as follows:

1. Discovery deadline is extended to **October 19, 2007** for the sole purpose of taking the depositions of Ms. Gallegos and Ms. Middleton; and
2. Dispositive motion deadline is extended to **November 19, 2007**.

IT IS FURTHER ORDERED that pursuant to an unopposed telephonic request made by counsel for Defendants on September 26, 2007 the deadline to take a FED.R.CIV.P. 30(b)(6) deposition of the Plaintiff is extended to **October 3, 2007**.

**DATED:**    September 26, 2007