IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00437-REB-CBS

ACT FOR HEALTH, INC.,
d/b/a PROFESSIONAL CASE MANAGEMENT,
a Colorado corporation,

       Plaintiff,

v.

LINDA BRIDGMON, an individual,
ROGER HANDS, an individual, and
RACHEL STRAND, an individual,

       Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

       IT IS HEREBY ORDERED that the Motion to Withdraw (*doc. no. 50)* is **GRANTED**. Attorneys Stacey A. Campbell and Jack D. Patten are relieved of any further representation of *Defendants* in the above captioned matter. The Clerk of Court is instructed to remove Mr. Campbell and Mr. Patten from the electronic certificate of mailing; to be replaced with the personal addresses of the Defendants.

       Defendants are advised that they are responsible for complying with all court orders and time limitations presently established by this court and the Federal Rules of Civil Procedure and the Colorado Federal District Court Local Rules.

       IT IS FURTHER ORDERED that Defendants' Unopposed Motion to Modify Scheduling Order (*doc. no. 52)* is **GRANTED**. The deadline for filing dispositive motions is extended to **January 18, 2008**.

**DATED:**     November 14, 2007