IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-00437-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: January 15, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| ACT FOR HEALTH, INC., d/b/a PROFESSIONAL CASE MANAGEMENT, a Colorado corporation, | Thomas E.J. Hazard, via telephone |
| Plaintiff, | |
| v. | |
| LINDA BRIDGMON, *et al.*, | John R. Paddock, Jr., via telephone<br>Philip M. Bluestein, via telephone |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTIONS HEARING**
**Court in Session:** 2:13 p.m.
Court calls case. Appearances of counsel.

**ORDERED:** Defendants' Motion to Modify Scheduling Order [filed January 10, 2008; doc. 59] is granted for the reasons stated on the record. The dispositive motions deadline is extended to February 1, 2008. No further extensions shall be allowed.

**FINAL PRETRIAL CONFERENCE** is reset for May 5, 2008 at 9:15 a.m.
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

HEARING CONCLUDED.

**Court in recess:** 2:27 p.m.
Total time in court: 00:14