# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-00437-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: February 26, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| ACT FOR HEALTH, INC., d/b/a PROFESSIONAL CASE MANAGEMENT, a Colorado corporation, | Thomas E.J. Hazard |
| **Plaintiff,** | |
| v. | |
| LINDA BRIDGMON, *et al.*, | John R. Paddock, Jr. |
| | Philip M. Bluestein |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:   8:05 a.m.**
Court calls case. Appearances of counsel.

Counsel present arguments regarding Defendants' Motion Regarding Jury Trial [filed January 30, 2008; doc. 63].

**ORDERED:** Defendants' Motion Regarding Jury Trial [filed January 30, 2008; doc. 63] is denied, to the extent that it seeks relief under Rule 38, for the reasons stated on the record. To the extent that the motion seeks relief under Rule 39(a), the court will defer to a ruling by Judge Blackburn.

HEARING CONCLUDED.

**Court in recess:**   9:04 a.m.
Total time in court:   00:59