IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00437-REB-CBS

ACT FOR HEALTH, INC., d/b/a PROFESSIONAL CASE MANAGEMENT, a Colorado corporation,

    Plaintiff,

v.

LINDA BRIDGMON, an individual,
ROGER HANDS, an individual, and
RACHEL STRAND, an individual,

    Defendants.

## ORDER GRANTING MOTION FOR JURY TRIAL
## PURSUANT TO FED.R.CIV.P. 39

**Blackburn, J.**

The matter before me is **Defendants' Motion Regarding Jury Trial** [#63], filed January 30, 2008. The motion was referred to the magistrate judge on January 31, 2008), *see* [#64], who has denied the motion to the extent it seeks relief pursuant to Fed.R.Civ.P. 38. (*See* **Courtroom Minutes/Minute Order** [#80], filed February 26, 2008.) Insofar as the motion seeks relief under Fed.R.Civ.P. 39(a), the order of reference is withdrawn with the consent of the magistrate judge, and I grant the motion for a jury trial under Rule 39(a) and the Seventh Amendment.

**THEREFORE** it is ordered as follows:

1. That the prior order of reference to the United States magistrate judge [#64], filed January 31, 2008, is **WITHDRAWN** as to that portion of the extant motion

requesting relief under Fed.R.Civ.P. 39(a); and

2. That **Defendants' Motion Regarding Jury Trial** [#63], filed January 30, 2008, is **GRANTED** insofar as it seeks a jury trial pursuant to Fed.R.Civ.P. 39(a).

Dated March 7, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**