# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-00437-REB-CBS

ACT FOR HEALTH, INC., d/b/a PROFESSIONAL CASE MANAGEMENT, a Colorado corporation,

    Plaintiff,

v.

LINDA BRIDGMON, an individual,
ROGER HANDS, an individual, and
RACHEL STRAND, an individual,

    Defendants.

## ORDER APPROVING STIPULATION FOR ENTRY OF JUDGMENT

**Blackburn, J.**

This matter, having come before this court pursuant to the parties' **Stipulation for Entry of Judgment** [#86] filed May 7, 2008, and the court being fully advised in the premises;

It is **ORDERED** as follows:

1. That the parties' **Stipulation for Entry of Judgment** [#86] filed May 7, 2008, is approved;

2. That pursuant to Fed.R.Civ.P. 58, judgment shall be entered for the plaintiff, ACT for Health, Inc., d/b/a Professional Case Management, against defendants, Linda Bridgmon, Roger Hands, and Rachel Strand, jointly and severally, on the First, Second and Third Claims for Relief in the Amended Complaint in the amount of $6,120.00, which includes pre- and post- judgment interest, costs, and attorney fees;

3.  That pursuant to Fed.R.Civ.P. 58, judgment shall be entered for plaintiff, ACT for Health, Inc., d/b/a Professional Case Management, on Defendants' First and Second Counterclaims in their Amended Answer, Counterclaim, and Demand for Jury; and

4. That otherwise, none of the parties shall be awarded their costs or attorney fees.

Dated May 15, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**